# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0252
LT Case No. 16-2022-CA-5944

_____

BETH ANN FIEDLER,

Appellant,

v.

LATAM GLOBAL SCHOOL, INC.,
and TERRANCE G. KERN,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Bruce R. Anderson, Judge.

Beth Ann Fiedler, Jacksonville, pro se.

No Appearance for Appellees.

October 14, 2025

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____